Andrew T. Solomon (AS 9200)
Gretchen S. Silver (GS 1534)
SULLIVAN & WORCESTER LLP
1290 Avenue of the Americas, 29th Floor
New York, NY 10104
(212) 660-3000

*Attorneys for Defendants Michael J. Principe,*
*Blue Equity LLC, and Blackwave Sports*
*Investment Company, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

PIPER JAFFRAY & CO.,

                Plaintiff,

      -against-

MICHAEL J. PRINCIPE, BLUE EQUITY LLC,
BEST, and BLACKWAVE SPORTS
INVESTMENT COMPANY, LLC,

                Defendants.
----------------------------------------------------------x

Civil Action No. 1:10-CV-4978 (NRB)

ECF CASE

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS, BLUE EQUITY, LLC AND BLACKWAVE SPORTS INVESTMENT COMPANY, LLC

      Pursuant to Fed R. Civ. P. 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants, Blue Equity LLC, and Blackwave Sports Investment Company, LLC, certifies the following:

      1.    The parent companies of Blue Equity, LLC are Blue Equity Holdings Kentucky, LLC and Blue Equity Holdings, LLC.  No publicly held corporation owns 10% or more of any of these companies.

2. The parent companies of Defendant Blackwave Sports Investment Company, LLC are Sports Investment Company, LLC, Lagardere Unlimited, Inc., Lagardere Sports SAS, Hachette SA, and Lagardere, SCA, which is a French publicly traded company.

Dated: New York, New York
September 7, 2010

SULLIVAN & WORCESTER LLP

By: s/Andrew T. Solomon
Andrew T. Solomon (AS 9200)
Gretchen S. Silver (GS 1534)
1290 Avenue of the Americas, 29th Floor
New York, NY 10104
(212) 660-3000

*Attorneys for Defendants Michael J. Principe, Blue Equity LLC, and Blackwave Sports Investment Company, LLC*

Of Counsel:

John D. Cox, Esq.
Lynch, Cox, Gilman & Goodman P.S.C.
500 W. Jefferson Street, Suite 2100
Louisville, Kentucky 40202
Telephone: (502) 589-4215
Email:  jcox@lynchcox.com

*Co-Counsel for Defendants Michael J. Principe, Blue Equity LLC, and Blackwave Sports Investment Company, LLC*