Andrew T. Solomon (AS 9200)
Gretchen S. Silver (GS 1534)
SULLIVAN & WORCESTER LLP
1290 Avenue of the Americas, 29th Floor
New York, NY 10104
(212) 660-3000

*Attorneys for Defendants Michael J. Principe,
Blue Equity LLC, and Blackwave Sports
Investment Company, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

PIPER JAFFRAY & CO.,

   Plaintiff,

-against-

MICHAEL J. PRINCIPE, et al.,

   Defendants.

------------------------------------------------------------x

Civil Action No. 1:10-CV-4978 (NRB)

ECF CASE

**NOTICE OF MOTION
TO ADMIT COUNSEL
<u>PRO HAC VICE</u>**

   PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Andrew T. Solomon, a member in good standing of the bar of this Court, hereby moves for an Order allowing the admission *pro hac vice* of

   John D. Cox
   LYNCH, COX, GILMAN & GOODMAN P.S.C.
   500 West Jefferson Street, Suite 2100
   Louisville, KY 40202-3354
   Telephone: (502) 589-4215
   Facsmile: (502) 589-4994
   Email: atty@lynchcox.com

   John D. Cox is a member in good standing of the bars of the states of Kentucky and

Indiana.

There are no disciplinary proceedings against Mr. Cox pending in any State or Federal Court.

Dated: New York, New York  
       September 15, 2010

Respectfully Submitted,

_____  
Andrew T. Solomon (AS 9200)  
SULLIVAN & WORCESTER LLP  
1290 Avenue of the Americas, 29th Floor  
New York, NY 10104  
Telephone: (212) 660-3000  
Facsimile: (212) 660-3001

*Attorneys for Defendants Michael J. Principe, Blue Equity LLC, and Blackwave Sports Investment Company, LLC*

Andrew T. Solomon (AS 9200)
Gretchen S. Silver (GS 1534)
SULLIVAN & WORCESTER LLP
1290 Avenue of the Americas, 29th Floor
New York, NY 10104
(212) 660-3000

*Attorneys for Defendants Michael J. Principe,
Blue Equity LLC, and Blackwave Sports
Investment Company, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | |
|---|---|
| PIPER JAFFRAY & CO., | Civil Action No. 1:10-CV-4978 (NRB) |
| Plaintiff, | ECF CASE |
| -against- | **AFFIDAVIT OF ANDREW T. SOLOMON IN SUPPORT OF MOTION TO ADMIT COUNSEL <u>PRO HAC VICE</u>** |
| MICHAEL J. PRINCIPE, et al., | |
| Defendants. | |

-------------------------------------------------------x

STATE OF NEW YORK    )
                     )  ss:
COUNTY OF NEW YORK   )

ANDREW T. SOLOMON, being duly sworn, hereby deposes and says:

1. I am a partner at the law firm of Sullivan & Worcester LLP, attorneys for defendants Michael J. Principe, Blue Equity, LLC, and Blackwave Sports Investment Company, LLC (together, "Defendants"). I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendants' motion to admit John D. Cox as counsel *pro hac vice* to represent Defendants in this matter.

2. I am a member in good standing of the bar of the State of New York and was admitted to practice law in 1996. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Mr. Cox and his firm since 2004.

4. Mr. Cox is a Partner at Lynch, Cox, Gilman & Goodman PSC.

5. I have found Mr. Cox to be a skilled attorney and a person of integrity. He has experience in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of John D. Cox, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of John D. Cox, pro hac vice, which is attached as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit John D. Cox, pro hac vice, to represent Defendants in this matter be granted.

_____
ANDREW T. SOLOMON (AS 9200)

Sworn to before me this
15th day of September 2010

_____
Notary Public

GRETCHEN SILVER
Notary Public, State of New York
No: 02SI6184843
Qualified in Queens County
Commission Expires April 07, 20 12

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

PIPER JAFFRAY & CO.,

          Plaintiff,

-against-

MICHAEL J. PRINCIPE, et al.,

          Defendants.

------------------------------------------------------------x

Civil Action No. 1:10-CV-4978 (NRB)

ECF CASE

**ORDER FOR ADMISSION
PRO HAC VICE
<u>ON WRITTEN NOTICE</u>**

Upon the motion of Andrew T. Solomon, a partner of Sullivan & Worcester LLP, attorneys for defendants Michael J. Principe, Blue Equity, LLC, and Blackwave Sports Investment Company, LLC (together, "Defendants"), and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

John D. Cox
LYNCH, COX, GILMAN & GOODMAN P.S.C.
500 West Jefferson Street, Suite 2100
Louisville, KY 40202-3354
Telephone: (502) 589-4215
Facsmile: (502) 589-4994
Email: atty@lynchcox.com

is admitted to practice *pro hac vice* on behalf of Defendants in the within case in the United States District Court for the Southern District of New York. All attorneys appearing before this court are subject to the Local Rules of this Court, including the rules governing the discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, and counsel does not already have an ECF password, counsel shall immediately apply for one at <u>nysd.uscourts.gov</u>. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: September __, 2010
      New York, New York

                                             _____
                                             HONORABLE NAOMI REICE BUCHWALD
                                             UNITED STATES DISTRICT JUDGE

# KENTUCKY BAR ASSOCIATION

514 WEST MAIN STREET
FRANKFORT, KENTUCKY 40601-1812
(502) 564-3795
FAX (502) 564-3225
www.kybar.org

**OFFICERS**
Bruce K. Davis
*President*

Margaret E. Keane
*President-Elect*

W. Douglas Myers
*Vice President*

Charles E. English, Jr.
*Past President*

**YOUNG LAWYERS**
John N. Billings
*Chair*

**EXECUTIVE DIRECTOR**
John D. Meyers

**BOARD OF GOVERNORS**
Douglas C. Ballantine
Anita M. Britton
Douglass Farnsley
Jonathan Freed
Fred E. Fugazzi, Jr.
James D. Harris, Jr.
Richard W. Hay
Serieta G. Jaggers
David V. Kramer
Thomas L. Rouse
Bobby Rowe
R. Michael Sullivan
William H. Wilhoit
M. Gail Wilson



## THIS IS TO CERTIFY THAT

### *JOHN DAVIS COX*
*Lynch, Cox, Gilman & Goodman, PSC*
*500 West Jefferson, Suite 2100*
*Louisville, Kentucky 40202*

*Membership No.* **88390**

is an active member in good standing with the Kentucky Bar Association as required by the Rules of the Supreme Court of Kentucky, no record of any complaints or charges of any kind having been preferred against him. Dated the 31st day of August, 2010.

**JOHN D. MEYERS**
**REGISTRAR**

By: _____
Nicole A. Key, Deputy Registrar

# SUPREME COURT OF
# THE STATE OF INDIANA



## Certification

**STATE OF INDIANA, SS:**

I, Kevin S. Smith, Clerk of the Supreme Court of Indiana, do hereby certify that

*JOHN DAVIS COX*

is a member of the bar of said Court since admission on *November 13th 2000*, and is in good standing therein.

GIVEN under my hand and the seal of said Court at Indianapolis, Indiana, this *26th* day of *August*, 20 *10*.

KEVIN S. SMITH
CLERK, SUPREME COURT OF INDIANA

Andrew T. Solomon (AS 9200)
Gretchen S. Silver (GS 1534)
SULLIVAN & WORCESTER LLP
1290 Avenue of the Americas, 29th Floor
New York, NY 10104
(212) 660-3000

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

PIPER JAFFRAY & CO.,

         Plaintiff,

-against-

MICHAEL J. PRINCIPE, et al.,

         Defendants.

------------------------------------------------------------x

Civil Action No. 1:10-CV-4978 (NRB)

ECF CASE

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                            ) SS.:
COUNTY OF NEW YORK )

    1. Richard Lombardo, being duly sworn, deposes and says: that he is over eighteen years of age, that he resides in Kings County, New York and that he is not a party to this action.

    2. On September 15, 2010, the undersigned served the within Motion to Admit John D. Cox, Esq. *pro hac vice* and supporting papers by First Class Mail upon counsel for plaintiff at the following address:

Priscilla A. Donovan, Esq.
Donovan & Rainie, LLC
20 South Charles Street, Suite 319
Baltimore, MD 21201

_____
Richard Lombardo

Sworn to before me this
15th day of September 2010

_____
Notary Public

GRETCHEN SILVER
Notary Public, State of New York
No: 02SI6184843
Qualified in Queens County
Commission Expires April 07, 2012

{N0227120; 1}