UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

PIPER JAFFRAY & CO.,      Civil Action No. 1:10-CV-4978 (NRB)

    Plaintiff,      ECF CASE

-against-      **ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN NOTICE**

MICHAEL J. PRINCIPE, et al.,

    Defendants.
-----------------------------------------------------------x

Upon the motion of Andrew T. Solomon, a partner of Sullivan & Worcester LLP, attorneys for defendants Michael J. Principe, Blue Equity, LLC, and Blackwave Sports Investment Company, LLC (together, "Defendants"), and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

John D. Cox
LYNCH, COX, GILMAN & GOODMAN P.S.C.
500 West Jefferson Street, Suite 2100
Louisville, KY 40202-3354
Telephone: (502) 589-4215
Facsmile: (502) 589-4994
Email: atty@lynchcox.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/22/10

is admitted to practice *pro hac vice* on behalf of Defendants in the within case in the United States District Court for the Southern District of New York. All attorneys appearing before this court are subject to the Local Rules of this Court, including the rules governing the discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, and counsel does not already have an ECF password, counsel shall immediately apply for one at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: September 21, 2010
      New York, New York

_____
HONORABLE NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

2