IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Piper Jaffray & Co., | |
|     Plaintiff, | |
|     v. | Case No. 10-cv-4978 (NRB) |
| Michael J. Principe, Blue Equity LLC, BEST, and Blackwave Sports Investment Company, LLC, | |
|     Defendants. | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and pursuant to a Settlement Agreement executed by Plaintiff Piper Jaffray & Co. ("Plaintiff") and Defendants Michael J. Principe, Blue Equity LLC, and Blackwave Sports Investment Company, LLC, all of whom appeared in this action, Plaintiff hereby voluntarily dismisses its Complaint against Defendants Michael J. Principe, Blue Equity LLC, BEST (which did not appear in this action), and Blackwave Sports Investment Company, LLC, with prejudice, with each party to bear its own costs, expert fees, and attorney fees.

Dated: December 23, 2010

/s/ John D. Cox
John D. Cox
Lynch, Cox, Gilman & Goodman P.S.C.
500 W. Jefferson Street, Suite 2100
Louisville, Kentucky 40202
Telephone: (502) 589-4215
Fax: (502) 589-4994
e-mail: jcox@lcgandm.com
*Co- counsel pro hac vice for*
*Defendants Principe,*
*Blue Equity, LLC and*
*Blackwave Sports Investment*
*Company, LLC*

/s/ Priscilla A. Donovan
Priscilla A. Donovan
Donovan & Rainie, LLC
20 South Charles Street, Ste. 319
Baltimore, MD 21201
Telephone: (410) 685-8800
Fax: (410) 685-8800
e-mail: pard@donovanrainie.com
(PD 6345)
*Counsel for Plaintiff, Piper Jaffray*
*and & Co.*

/s/ Andrew T. Solomon
Andrew T. Solomon
Sullivan & Worcester, LLP
1290 Avenue of the Americas, 29th Floor
New York, NY  10104
(AS9200)
*Counsel for Defendants Principe,*
*Blue Equity, LLC and*
*Blackwave Sports Investment Company, LLC*